UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :     Chapter 13
    Barry Jay Esterman                    :
                                                :     Bankruptcy No. 19-11969AMC
        Debtor.                          :

## O R D E R

**AND NOW, WHEREAS** 11 U.S.C. §109(h)(1) requires that an individual may not be a Debtor in a bankruptcy case unless, within the 180 day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a) ("Credit Counseling"),

**AND**, it appears that, the Debtor filed this bankruptcy petition in this case without receiving **prepetition** Credit Counseling as required by 11 U.S.C. §109(h)(1), and has not filed a Certification of Exigent Circumstances that satisfies the requirements of 11 U.S.C. §109(h)(3),

It is hereby **ORDERED** that the above captioned bankruptcy case is **DISMISSED**.

Date: April 30, 2019

_____
Ashely M. Chan
United States Bankruptcy Judge